# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05-124

Kendall D. Guinn
(Enter above the full name of the plaintiff in this action)

V.

Warden: Rick Kearney
Commissioner: Stanley Taylor
Bureau Chief: Paul W. Howard
(Enter above the full name of the defendant(s) in this action)

FILED
MAR - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By mail
IFP

I. Previous lawsuits

A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

YES [ ]   NO [X]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs _____N/A_____

Defendants _____N/A_____

2. Court (if federal court, name the district, if state court, name the county)

  N/A

3. Docket Number  N/A

4. Name of judge to whom case was assigned

  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

  N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II.  A.  Is there a prisoner grievance procedure in this institution?  YES [X]  NO [ ]

   B.  Did you present the facts relating to your complaint in the state prisoner Grievance procedure:  YES [X]  NO [ ]

   C.  If your answer is YES,

    1. What steps did you take? The first grievance was filed on June 23, 2004 relating to these complaints

    2. What was the result? Grievant went before the committee the committee agreed with the grievant on majority of the issues listed. The next channel was to the Warden. Warden decision appealed to Bureau chief: Paul W. Howard

   D.  If your answer is NO, explain why not  N/A

      N/A

   E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?  YES [ ]  NO [ ]  N/A

   F.  If your answer is YES,

    1. What steps did you take?  N/A

    2. What was the result?  N/A

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff ___Kendall Guinn___

Address ___Sussex Correctional Institution P.O. Box 500 Georgetown, De 19947.___

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.  Defendant ___Rick Kearney___ is employed as ___Warden:___
    at ___Sussex Correctional Institution, Georgetown, De 19947.___

C.  Additional Defendants ___Commissioner: Stanley Taylor___
    ___Bureau chief: Paul W. Howard___

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I the Plaintiff Kendall Guinn have been housed in the medium building since June 2004. I filed a inmate grievance complaint on June 23, 2004. Because the plaintiff felt that the building was un-safe to housed inmates. There are two toilets and two face sinks working properly for fifty inmates who are housed on four dormitory style living area. The other toilet,

-3-

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

"Plaintiff asked that the medium building be up graded and demolished. The amount inmates that are housed in this building and time consuming. I the "plaintiff ask that medium building be upgraded enough to pass inspection until it can be demolished

Signed this 15th day of December, 2004.

_Kendall _____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

December 15, 2004      _Kendall _____
Date                   (Signature of Plaintiff)

-4-