IV. Statement Of Claim, Continued  05-124

and face sink do not work properly. A work order was filed by the building Seargent. There was only one and half shower working for fifty inmates. The pipes leak also the ceiling. Fungus and mold is decaying the walls and shower. Plaintiff also filed a grievance concerning no sprinklers or fire alarm working or installed on the dorms. The building was built to accommodate twenty men for each dorm. There is close to fifty men on one dorm. The tiers are unbearable the air conditioner does not work. I the plaintiff asked for additional tier fans because each dorm has two old fan. Inmates with health problems and also asthma, cannot breathe because of the temperature in the dorms. When the maintence worker come to work on certain things. They state that the building is very old and they do not have the parts for this old building. Several of the maintence workers stated that the building needs to be demolished. They will not give the plaintiff there names because of reprisal. Plaintiff also complained about spiders and flies that are biting inmates. Plaintiff asked for fly traps and other means. I was denied by Warden Rick Kearney. On October 12, 2004 at approximately 5:15-5:30 p.m. There was faulty wire that caused a fire in this building on this date. Inmate filed a grievance and sent A.C.L.u a copy. No smoke detectors were working on this date. Also the sprinklers are not installed as of this date that law suit is being prepared. Inmates spent the night in the gym. We were told we could not be housed in the building not until the fire marshall inspect the building. The exhibits will show the status and progress of my complaint. As of December 10, 2004 there has been no heat in the medium building. Inmates are forced to eat cold food also eat in a small chow hall. Maintence worker have been working through the night to get heat working. This shows that