V. Relief: Continued

Additional plaintiff ask for a sum of hundred dollars per day until building is upgraded and inspected by outside inspectors for fire code violations. This is for mental anguish and duress that i am subject to. The suffering that i am expose to. This building has brought a great deal of pain and anxiety on me.