In The United States District Court
For The District of Delaware

Kendall Guinn
Plaintiff,

v.

Warden Rick Kearney
Commissioner Stanley Taylor
and Bureau Chief Paul Howard

Defendants.

Civ. No. 04-1529-KAJ

FILED
MAY - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am writing to you concerning and order that was mailed to me on April 14, 2005, I have already completed these stages of the law suit. I have already sent the intial payment of 10.74 months ago. Also the six month statement was mailed to courts at that time, I have to civil action numbers, on January of this year January 14, 2005. I the above plaintiff was assigned the above numbers Civ. No. 04-1529-KAJ. Now on April 14, 2005, I receive different civil numbers these numbers are Civ. No. 05-124-KAJ. I was also charged another intial filing fee of 10.74. Also the business office is holding 14.45 for payment. I ask if the courts could please correct error. The courts gave me a new filing fee for $250.00. I ask if my account could be reimbursed

CC: KAJ
Clerk
File

Kendall Guinn
Kendall Guinn

I/M: Kendall Grimo   BLDG: Med O-31
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY

To: Clerk of Court
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
(89)-3570

1465
7963
2404

U.S. POSTAGE  PB 2230370
$00.370
MAY 05 05
FROM ZIP CODE 19947

19801+3570 12